AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division



| | |
|---|---|
| Dixon | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 97 C 2844 |
| Washington | MAR 3 1 2000 |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the foregoing reasons, this court grants the petition for writ of habeas corpus and orders that petitioner be released from custody unless the State grants him a new trial within 120 days from the date of this order.

Michael W. Dobbins, Clerk of Court

Date: 3/29/2000

Terry Perdue, Deputy Clerk